# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Reginaldo Ruelas Lopez,<br>a.k.a.: Reginaldo Lopez-Ruelas,<br>a.k.a.: Reginaldo Lopez Ruelas,<br>(A 095 777 009)<br>*Defendant* | Case No.  16-9381 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of July 13, 2012, in the County of Pinal, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Reginaldo Ruelas Lopez, an alien, was found in the United States of America at or near Florence, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Del Rio, Texas, on or about November 21, 2011, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

*CEB*
REVIEWED BY:   Charles E. Bailey, P.S. for  SAUSA David Whipple

☒ Continued on the attached sheet.

_____
Complainant's signature

Luis E. Teran,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 26, 2016

_____
Judge's signature

City and state:   Phoenix, Arizona

Eileen S. Willett,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Luis E. Teran, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On July 13, 2012, Reginaldo Ruelas Lopez was booked into the Pinal County Jail (PCJ) by the Arizona Department of Public Safety on local charges. While incarcerated at the PCJ, Lopez was encountered by Corrections Officer (CO) E. Hernandez who was designated with the authority to determine alienage under the Immigration and Naturalization Act, Section 287(g). CO Hernandez determined Lopez to be a citizen of Mexico, illegally present in the United States. On or about the same date, an immigration detainer was lodged with the PCJ. On October 25, 2016, Lopez was released from the Lewis State Prison and transported to the Phoenix ICE office for further investigation and processing. Lopez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Reginaldo Ruelas Lopez to be a citizen of Mexico and a previously deported alien. Lopez was removed from the United States to Mexico through Del Rio, Texas, on or about November 21, 2011, pursuant to the reinstatement of an order of removal issued by an immigration official. There is no record of Lopez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Lopez's immigration history was matched to him by electronic fingerprint comparison.

4. On October 25, 2016, Reginaldo Ruelas Lopez was advised of his constitutional rights. Lopez freely and willingly acknowledged his rights and declined to make any further statements.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about July 13, 2012, Reginaldo Ruelas Lopez, an alien, was found in the United States of America at or near Florence, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about November 21, 2011, and not having obtained the express consent of the Secretary of the Department of Homeland Security to

reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

_____
Luis E. Teran,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 26th day of October, 2016.

_____
Eileen S. Willett,
United States Magistrate Judge

3